**UNITED STATES DISTRICT COURT**
                  **FOR THE DISTRICT OF NEW HAMPSHIRE**


**Conservation Law Foundation**

    **v.**                                        Case No. 06-cv-45-PB

**US Federal Highway Admin. and**
**NH Dep't of Transportation**



                           **O R D E R**

    A status conference was held on April 27, 2006.  Following are the deadlines set by the court for discovery and dispositive motions.

    **Administrative Record**

    1.  Defendants shall serve and file the Administrative Record (AR) on or before May 18, 2006.

    2.  Plaintiff shall serve and file any proposed supplement to the AR on or before May 25, 2006.  Defendants shall file any motion objecting to plaintiff's proposed supplement to the AR on or before June 13, 2006.

    **Expert Reports**

    1.  Plaintiff shall disclose as soon as practicable the identity of any experts it has retained and the nature of their

proposed testimony.

    2.   Reports of any expert witnesses retained by plaintiff shall be served on or before May 25, 2006.

    3.   Reports of rebuttal witnesses retained by defendants, if any, shall be served on or before June 13, 2006.

**Discovery**

    1.   All expert and fact discovery shall be completed by June 21, 2006.

**Motions for Summary Judgment**

    1.   Plaintiff's motion for summary judgment shall be filed on or before July 21, 2006.

    2.   Defendants' objection to plaintiff's motion for summary judgment and defendants' cross-motion for summary judgment shall be filed on or before August 22, 2006.

    3.   Plaintiff's objection to defendants' motion for summary judgment and plaintiff's reply to defendants' objection, if any, shall be filed on or before September 22, 2006.

    4.   Defendants' reply to plaintiff's objection, if any, shall be filed within 14 days of the filing of plaintiff's objection and no later than October 6, 2006.

    5.  Oral argument on the parties' cross-motions for summary judgment shall be held on October 6, 2006 at 9:30 a.m.

    SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                            United States District Judge

April 27, 2006

cc:   Arthur B. Cunningham, Esq.
      Thomas F. Irwin, Esq.
      Benjamin Longstreth, Esq.
      Brian C. Toth, Esq.
      Andrew B. Livernois, Esq.